UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

## OFFICIAL LOCAL FORM 3A
## POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

DATED: **January 22, 2014**

POST-CONFIRMATION __!st AMENDED__ CHAPTER 13 PLAN
(Insert First, Second etc.)

Docket No.: **11-44431**

DEBTORS:  (H)  **Susan M. Christino**     SS#: **xxx-xx-6199**

(W)  _____     SS#: _____

I. AMENDED PLAN PAYMENT AND TERM:

TERM OF THE PLAN: **60** Months (Total length of Plan - not no. of months remaining.) If the plan is longer than thirty-six (36) months, a statement of cause under 11 U.S.C.§1322(d) must be attached hereto.

AMENDED PLAN PAYMENT: Debtor(s) to pay monthly: $ **300.00** .**The Plan payment has not changed**

EFFECTIVE: **N/A** (Insert new payment beginning date.)

The claims listed below must include amounts previously disbursed by the Trustee on all claims which have subsequently been withdrawn or disallowed.

II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| -NONE- | | $ |

Total of secured claims to be paid through the Plan: $ **0.00**

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **Brookline Bank** | **Auto purchase loan** |
| **Fidelity Investments** | **Loan against Fidelity Account** |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| -NONE- | | |

D. Leases:

  i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of
     **-NONE-**

;  or

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of
**-NONE-**

iii. The arrears under the lease to be paid under the plan are **0.00**.

## III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **DOR** | | $ **1,521.81** |
| **Internal Revenue Service** | | $ **7,825.20** |
| | Total of Priority Claims to Be Paid Through the Plan: | $ **9,347.01** |

## IV. ADMINISTRATIVE CLAIMS

A. Attorneys Fees (to be paid through the plan): $ **2,500.00**

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of **7** % of their claims.

A. General unsecured claims: $ **58,307.52**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Brookline Bank** | **Auto purchase loan** | $ **1,754.00** |
| **Fidelity Investments** | **Loan against Fidelity Account** | $ **516.22** |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| **Chela** | **Educational** | $ **1,235.00** |
| **Chela** | **Educational** | $ **977.00** |
| **Dept Of Ed/sallie Mae** | **Educational** | $ **1,476.00** |
| **Dept Of Ed/sallie Mae** | **Educational** | $ **976.00** |

Total of Unsecured Claims (A + B + C): $ **65,241.74**

D. Multiply total by percentage: $ **4,352.99**
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| -NONE- | | $ |

Total amount of separately classified claims payable at ____ %     $ _____ 0.00

VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund plan:

B. Miscellaneous provisions:

C. Set forth below, all changes from the previously Confirmed Plan:

Secured: **The Fidelity loan is being paid outside of the plan**

Priority: **N/A**

Unsecured: **N/A**

Term: **N/A**

Plan Payment: **N/A**

VII. CALCULATION OF AMENDED PLAN PAYMENT

| | | |
|---|---|---|
| a) Secured claims (Section II-A&D Total): | $ | 0.00 |
| b) Priority claims (Section III-A&B Total): | $ | 9,347.01 |
| c) Administrative claims (Section IV-A&B Total): | $ | 2,500.00 |
| d) Regular unsecured claims (Section V-D Total): + | $ | 4,352.99 |
| e) Separately classified unsecured claims: | $ | 0.00 |
| f) Total of a + b + c + d + e above: | =$ | 16,200.00 |
| g) Divide (f) by .90 for total including Trustee's fee: Cost of Plan= | $ | 18,000.00 |

(This represents the total amount to be paid into the Chapter 13 Plan)

| | | |
|---|---|---|
| h) Subtract the total amount of payment the Debtor has paid to the Trustee to date: | $ | 0.00 |
| i) Total amount left to be paid (g minus h) | $ | 18,000.00 |
| j) Divide (i) by # of months remaining: | | 0.00 |
| k) Round up to nearest dollar: Amended Monthly Plan Payment: | $ | 0.00 |

Date Amended Payment to begin: 2/15/2014

VIII. LIQUIDATION ANALYSIS

☐ The Debtor avers that there have been no material changes to the total amount set forth in the Summary of the Liquidation Analysis of the Debtor's previously Confirmed Plan.

A. Real Estate:

| List Each Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| -NONE- | $ | $ |

Total Net Equity for Real Property:   $ _____ 0.00 _____
Less Exemptions (Schedule C):         $ _____ 0.00 _____
Available Chapter 7:                  $ _____ 0.00 _____

B. Automobile (Describe year, make and model):

**2008 Scion** _____  Value $ _____ 11,900.00 _____ Lien $ _____ 13,654.00 _____ Exemption $ _____ 0.00 _____

Total Net Equity:                     $  0.00
Less Total Exemptions (Schedule C):   $  0.00
Available Chapter 7:                  $  0.00

C. All other Assets (All remaining items on Schedule B):  (Itemize as necessary)

| |
|---|
| **Cash** |
| **Liberty Bay Credit Union Savings Account** |
| **Liberty Bay Credit Union Checking Account** |
| **NMTW Community Credit Union** <br> **Regular Savings** |
| **NMTW Community Credit Union** <br> **Checking Account** |
| **Service Crediti Union** |
| **Various items of household goods and furnishings, all in used condition, including bed, couch, television, laptop, ipod, at yard sale prices** |
| **Various items of women's clothing and accessories, all in used condition** |
| **Diamond engagement ring with platinum setting;** |
| **Fidelity Investments** |

Total Net Value:                      $  4,555.00
Less Total Exemptions (Schedule C):   $  4,555.00
Available Chapter 7:                  $  0.00

D. Liquidation Summary (Total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions:  $ _____ 0.00 _____

E. Additional Comments regarding Liquidation Analysis:


IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor(s) or his or her counsel will serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and file a Certificate of Service accordingly.

**/s/ Richard M. Canzano** _____     **January 22, 2014** _____
**Richard M. Canzano 072500**                                Date
Debtor's Counsel
Counsel's Address:   **36 Commerce Way**
                     **Woburn, MA 01801**
Tel# **781 935 3500** Fax: **781 935 7887**   Email Address: **rmcanzano@gmail.com**

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.


Date **January 22, 2014** _____     Signature   **/s/ Susan M. Christino** _____
                                                             **Susan M. Christino**
                                                             Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Susan M. Christino,
Debtor.

Chapter 13
Case No. 11-44431

### CERTIFICATE OF SERVICE

The undersigned attorney for the Debtor in the above matter, hereby certifies that a copy of the foregoing:

**1st Amended Post-Confirmation Chapter 13 Plan**

was filed electronically and served electronically upon the US Trustee and the Chapter 13 Trustee; and served by first-class U.S. mail, postage prepaid, upon the Debtor and all Creditors appearing on the attached list

this 27th day of January, 2014

Respectfully submitted,

*/s/ Richard M. Canzano*

Richard M. Canzano 072500
36 Commerce Way
Woburn, MA 01801
781 935 3500 Telephone
781 935 7887 Facsimile
rmcanzano@gmail.com

American Student Assistance
100 Cambridge Street
Suite 1600
Boston, MA 02114-2567

Brookline Bank
PO BOX 2130
Buffalo, NY 14231-2130

Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd.
Suite 200
Tucson, AZ 85712-1083

Cavalier Funding 1 LLC
c/o Sallie Mae Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706-1430

Chela
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773-9500

DOR
PO BOX 7065
Boston, MA 02204-7065

Department Stores National Bank/Macys
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

Dept Of Ed/sallie Mae
Po Box 9635
Wilkes Barre, PA 18773-9635

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

ECMC
P.O. Box 75906
St. Paul, MN 55175-0906

Fidelity Workplace Services, LLC
PO Box 770003
Cincinnati, OH 45277-7703

GE Capital Retail Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

Gemb/ge Money Luxury
950 Forrer Blvd
Kettering, OH 45420-1469

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

Hsbc Best Buy
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197-5263

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Liberty Bay
350 Granite St.
Ste. 1102
Braintree, MA 02184-4999

(p)LIBERTY BAY CREDIT UNION
350 GRANITE STREET
#1102
BRAINTREE MA 02184-4999

Massachusetts Department of Revenue
Bankruptcy Unit / Shahnaz Bijan
P.O. Box 9564
Boston, MA 02114-9564

Matthew English
59 Southville Road
Southborough, MA 01772-4025

Nmtw Comm Cu
Po Box 7008
Lowell, MA 01852-0008

No. MA Telephone Workers Community C.U.
c/o Ganick, O'Brien & Sarin
161 Graite Avenue
Dorchester, MA 02124-5491

Sallie Mae Inc, on behalf of the
Department of Education
P.O. Box 740351
Atlanta, GA 30374-0351